IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                  CASE NO. 4:00cr40-RH

**EVERETT BURNSIDE,**                    DOCKET NO. 4:06mj47-WCS

    **Defendant.**
_____/

## O R D E R

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is **ORDERED** that the Defendant shall appear before Judge Hinkle on **May 4, 2006, beginning at 12:45 P.M.**, for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on April 12, 2006.

                                           S/ William C. Sherrill, Jr.
                                           **WILLIAM C. SHERRILL, JR.**
                                           **UNITED STATES MAGISTRATE JUDGE**